FEB 26 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## AFFIDAVIT

1. I, Special Agent Jamie Hamel, United States Secret Service, being duly sworn, do hereby state as follows:

2. I am a Special Agent with the Department of Homeland Security, United States Secret Service ("USSS"). I have been employed by the USSS since April 2010 and have been assigned to the Baton Rouge Resident Office and Washington Field Office during this time period. During this time period, I have participated in numerous financial fraud-related investigations. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 3056 of Title 18, United States Code. I have received formal training in the investigation of financial crimes, including wire fraud, identity theft, access device fraud, and the counterfeiting of United State monetary obligations and securities at the Federal Law Enforcement Training Center in Glynco, Georgia, and at the USSS James J. Rowley Training Center in Beltsville, Maryland. Prior to April 2010, I was employed as a Child Abuse Investigator for the Pinellas County Sheriff's Office in the State of Florida for six years.

3. The information set forth in this Affidavit is known to me as a result of investigation personally conducted by me and by other law enforcement agents.

4. This Affidavit is being submitted for the limited purpose of supporting applications for a criminal complaint and arrest warrant. Thus, I have not set forth each and every fact learned during the course of the investigation. In addition, where conversations or statements are related herein, they are related in substance and in part except where otherwise indicated.

1



<a>
<b>
</b>
</a>

<a>

5. This Affidavit is respectfully submitted in support of applications for the issuance of a criminal complaint and arrest warrant for Kenneth Wayne WATFORD.

6. The facts and circumstances set forth in this Affidavit demonstrate that there is a probable cause to believe that WATFORD has conspired with others to commit wire fraud in violation of 18 U.S.C. § 1349, committed or attempted to commit several acts of wire fraud in violation of 18 U.S.C. § 1343, used the means of identification of several actual persons in connection with the aforementioned offenses in violation of 18 U.S.C. § 1028A, either individually or by aiding and abetting such acts in violation of 18 U.S.C. § 2, and possessed a firearm after sustaining a conviction for a felony, in violation of 18 U.S.C. § 922(g).

## SUMMARY OF PROBABLE CAUSE

7. Through my investigation I have determined that WATFORD participated in a fraud scheme to obtain luxury vehicles by way of vehicle loans obtained by using other people's identities. WATFORD or others would obtain victim identity information from an unknown source, obtain false identification documents bearing those persons' names and identifying information, then pose as the victims at car dealerships and apply for financing using the victims' credit to obtain the vehicles.

8. On July 19, 2012, Juan Willis and Flinton Newton, two African American males, attempted to purchase two Mercedes vehicles, a CL550C4 (VIN WDDEJ86X89A021956) and a S550V (VIN WDDNG71X79A263234) from Mercedes of Silver Spring. Newton filled out the loan application in the name of identity theft victim with the initials E.K., a Caucasian male who is an Ohio resident. In support of the loan application, Newton provided an Ohio drivers license


</a>

bearing Newton's photo with E.K.'s name and identifiers. Willis also provided his own Maryland drivers license for the transaction, bearing the address of 201 Royal Oak Circle, Landover, MD 20785. Willis was listed as an operator on the Mercedes-Benz Financial Service application. Willis and Newton provided the dealership with a Progressive Insurance card with the Insured listed as "Annie M Grocery LLC" with the address of 201 Royal Oak Circle, Landover, MD 20785, Willis' address.

9. While processing the credit application Willis and Newton had submitted to purchase the vehicles, Steve Gluck, Mercedes-Benz of Silver Spring General Sales Manager, discovered a fraud alert associated with E.K.'s identity. Gluck continued to check E.K.'s credit history, and saw that, earlier the same day, July 19, 2012, a 2013 Cadillac Escalade (VIN 1GYS4CEF6DR115595) was purchased using credit obtained on E.K.'s name from Capitol Cadillac, 6500 Capitol Drive, Greenbelt, MD 20770. Gluck then contacted the phone number listed on the fraud report and spoke with the actual E.K. who verified that he had not purchased any vehicles.

10. Gluck called the Montgomery County Police Department to report a crime in progress and Willis and Newton were subsequently arrested. Upon being advised of his *Miranda* rights, Willis told police that Newton was buying the two Mercedes vehicles for Willis' company, "Greenlight Entertainment." Willis claimed that he planned on paying Newton back for the two vehicles.

11. Police then contacted Capitol Cadillac, 6500 Capitol Drive, Greenbelt, MD 20770. Walter Harrison, a Capitol Cadillac Sales Representative, informed law enforcement that Willis, who he only knew as "Carlos" (Willis' middle name), had come in before that day claiming to be



looking at vehicles for his company, which he had not identified by name. Harrison further stated that earlier on July 19, 2012, Willis brought Newton to the dealership to purchase a Cadillac Escalade. Newton, posing as E.K., completed a loan application requesting to finance the full purchase price of $80,663.48. After the application was completed, it was sent via interstate wire to TD Auto Finance in Sacramento California, who soon approved the loan application. Willis and Newton departed with the Escalade, which had been purchased with an odometer reading of 5 miles. When that vehicle was recovered at Mercedes-Benz of Silver Spring after their arrests later that evening, the odometer read 15 miles. Based on the mileage at the time of recovery it appears as though Willis and Newton drove the vehicle directly from Capitol Cadillac to Mercedes-Benz of Silver Spring.

12. Members of law enforcement then made contact with E.K., a resident of Columbus, Ohio. E.K. denied purchasing any vehicles or knowing either Newton or Willis, although he knew that his identity had previously been used by Newton in North Carolina. Earlier that year, E.K. had been informed by Mecklenburg County (NC) Police that Newton had been arrested for attempting to open a loan in E.K.'s name on April 4, 2012. E.K. stated at the time of Newton's arrest in North Carolina, police informed him that they had found a cable bill in E.K.'s name with a Georgia address.

13. On July 20, 2012, members of law enforcement interviewed Willis at the Montgomery County Detention Center, 1307 Seven Locks Road, Rockville. Willis stated that he had received the victim names and identifying information used to fraudulently purchase the Escalade, the two Mercedes-Benz vehicles, and a previously unknown BMW from Newton and a second man he identified as Kenneth WATFORD. Willis claimed he had a "connection" with the

car dealerships and that he had obtained the fraudulent Progressive car insurance documents in an effort to facilitate the purchase of the previously mentioned vehicles.

14. Law enforcement next spoke to BMW of Silver Spring's General Manager Michael Fastman, Sales Representative Andy Perez, and Finance Manager Joanna McCarthy. That business is located at 3211 Automobile Blvd, Silver Spring, MD 20904. McCarthy stated that four African American males visited the dealership on June 23, 2012, to purchase a used 2011 750 BMW (VIN # WBAKC8C51BC432228) for $79,452.77. The vehicle was purchased by one of the men, who claimed to be victim "T.Z." with an address in Milwaukee, Wisconsin. "T.Z." claimed to be an officer of Annie M's Groceries LLC with an address of 137 Highway 45 N, Merry Hill, NC 27957, and telephone number 252-482-5200, and claimed the vehicle was being purchased for the business. McCarthy stated that "T.Z." had provided as proof of insurance a Progressive Insurance card with the insured listed as "Annie M's Grocery LLC," 201 Royal Oak Circle, Landover, MD 20785, and an expiration date of June 2013. "T.Z." filled out a BMW Financial Services business loan application which was transmitted electronically from Silver Spring, Maryland, to be processed in Hilliard, Ohio. BMW Financial Services approved the application

15. Law enforcement then spoke to the actual T.Z., a woman who resides in Milwaukee, Wisconsin. T.Z. denied purchasing and or authorizing anyone to purchase a vehicle utilizing her name or her personal identifiers.

16. Agents then contacted John Lust, Chief Financial Officer, with Mercedes Benz of Arlington, Virginia. Lust stated that a customer producing the identification of R.B. purchased three vehicles using credit obtained through Mercedes: a 2009 Mercedes Benz S550 (VIN #



WDDNG86X99A260222) for $60,511.70, a 2009 Jaguar XF (VIN# SAJWAO5B49HR08422) for $32,497.98 and a Mercedes CL550 (VIN# WDDEJ71X98A014451) for $59,633.70 on May 29, 2012. In support of the loan application, the man claiming to be R.B. provided a Maryland drivers license bearing an unknown male's photo with R.B.'s name and identifiers. "R.B." filled out a Mercedes-Benz Financial Services business loan application indicating he was retired from Marquise Entertainment LLC. The loan application was transmitted electronically from Arlington, Virginia, to be processed in Fort Worth, Texas, and further distributed to other lenders. Mercedes-Benz Financial Services, based in Fort Worth, approved the application for the 2009 Mercedes Benz S550. J.P. Morgan Chase Auto Finance in Memphis, Tennessee, approved the financing application for the 2009 Jaguar XF. TD Auto Finance, also in Memphis, Tennessee, approved the financing application for the Mercedes CL550. Lust said that the man who claimed to be "R.B." had advised Lust that he was purchasing the vehicles for his employees and stated he was in the radio promotions business. Lust stated that "R.B." was accompanied by three men he claimed were his employees at the time of the sales. "R.B." produced a Maryland State Drivers License bearing R.B.'s personal identifiers. Lust stated that within 48 hours the vehicles in question were returned for warranty work. Lust explained that the receipt for the warranty work is automatically sent to the customer's address. As a result of that letter containing the receipt being sent to the actual R.B., R.B. contacted the dealership and denied purchasing any of the vehicles. Lust stated that a check used in part to pay for the purchase was returned for Non-Sufficient Funds (NSF). That check was drawn on the account of Marqueise Entertainment Group, LLC/Derrick Berrien dated June 7, 2012, in the amount of $875.00 reference this purchase as part of the down payment. The purchasers had used a $3,000 check



drawn on the account of "Archie Willis", 201 Royal Oak Circle, Landover, MD 20785, dated May 29, 2012 as a down payment on the purchase. Archie Willis is WILLIS' father. Mercedes of Arlington Used Car Sales Manager Charles Nejat advised law enforcement agents that the salesman on the deal involving "R.B." was Calvin Hicks. Nejat further advised that he informed Hicks that the three vehicles had been fraudulently purchased and that Hicks could lose his job if they didn't get the vehicles back. Nejat added that Hicks made contact with the purchaser and the vehicles were returned the same day with the keys placed in the overnight slot. Nejat believes that Hicks knew the "employees" from a club. Lust stated he believed the cars were returned on June 13, 2012, as the deal was reversed on June 14, 2012.

17. A District Court Search warrant was obtained by law enforcement and an examination of Willis' cell phone, which had been seized at the time of his arrest on July 19-20, 2012. The search revealed that Willis' phone contained victim T.Z.'s personal information to include her name, date of birth, address, social security number and drivers license number. Victim R.B.'s personal information was also found on Willis' cell phone to include his name, date of birth, address, and social security number.

18. On July 25, 2012, a warranted search was conducted on Willis' home residence of 201 Royal Oak Circle, Landover, MD 20785. The home is owned by his father, Archie Willis. In WILLIS's living area in the basement, agents found documents related to the fraudulent purchases of the 2009 Mercedez S550 (VIN WDDNG86X99A260222) and 2008 Mercedez Benz CL 550 Sport (VIN WDDEJ71X98A014451) in his bedroom. Also found in WILLIS' residence were three Questionnaire for National Security Position Standard Forms (SF 86) in other people's names.

7

Case 8:13-mj-00403-CBD   Document 1-1   Filed 02/26/13   Page 8 of 11

19. At the time of the search warrant at his residence, 201 Royal Oak Circle, Landover, MD, Willis was interviewed. After being advised of his *Miranda* rights, he agreed to make a statement to police. Willis stated that he had been present on June 23, 2012, at BMW of Silver Spring when T.Z.'s identity was used to purchase a vehicle and that Kenneth WATFORD and Ronnel "Nelly" Jones were also present. Willis further identified passport photographs found at his residence as depicting Derrick Berrien. Willis further stated there were two vehicles on hold at the Capitol Cadillac dealership in Greenbelt, MD.

20. On July 25, 2012, General Sales Manager David Marshall for Capitol Cadillac, 6500 Capitol Drive, Greenbelt, MD 20770 (tel#:301-441-9600) informed law enforcement agents that there were two vehicles on hold for T.Z.: a 2012 Cadillac Escalade (VIN# 1GYS4CEF0CR261196) for $66,473.05 and a 2012 Cadillac Escalade (VIN#1GYS4CEF6CR322678) for $73,973.05. Marshall explained that the two vehicles were on hold because the customer, "T.Z." was unable to place the down payment of $7,000.00 required by the loan's terms. Marshall stated that his finance manager received a call from a man named Kenneth (presumably Kenneth WATFORD) on July 24, 2012, to see if the vehicles were still available.

21. On July 26, 2012, Tiffany Woods, Senior Skip Trace, Fraud Specialist with BMW Financial, provided the location of the 2011 750 BMW (VIN # WBAKC8C51BC432228) at coordinates N 38.8986, W 76.8078, near the address of 11483 Lake Arbor Way, Bowie MD 20721. That same day, officers conducted surveillance and followed the 2011 750 BMW (VIN # WBAKC8C51BC432228) to the Bowie Public Library at 15200 Annapolis Road, Bowie, MD. Agents contacted the Bowie Police Department for assistance in recovering the vehicle. The

8



driver of the 2011 750 BMW (VIN # WBAKC8C51BC432228), was identified as Kenneth WATFORD and subsequently arrested. When taken into custody, WATFORD stated the car was not his; however, stated the items inside the car were. An inventory of the car produced a black notebook containing various documents, which included a copy of a social security card and driver's license with WATFORD's picture on it in the name of Abdul Abrams.

22. WATFORD was interviewed at the Bowie Police Department, 15901 Excalibur Rd., Bowie, MD. WATFORD was advised of his Miranda Rights, which he acknowledged, waived, and agreed to answer questions. WATFORD gave his address as 11411 Lake Arbor Way #701, Bowie, MD. WATFORD stated that approximately one month earlier that Juan Willis had contacted him, saying that he (Willis) needed vehicles for his company and wanted to use WATFORD's companies to guarantee the vehicles. WATFORD claimed he owned two companies: Futuranet, 11411 Lake Arbor Way #701, Bowie, MD; and Annie M's Grocery, LLC, 137 Highway 45 N, Merryhill, NC 27957. WATFORD said Willis introduced him to an individual named "T Z" who wanted purchase the vehicles. It should be noted that the victim with the initials T.Z. is a female; however, the person WATFORD was introduced to was a man. WATFORD stated "Zewdie" was suppose to come and pick up the vehicle, but never came. WATFORD further stated there was a contract in place with "Zewdie" allowing WATFORD to apply for loans in "Zewdie's" name.

23. WATFORD was further questioned regarding "Abdul Abrams," the person in whose name and WATFORD's picture identity cards had been found in the BMW. WATFORD claimed that Abrams was a "good friend" who was the registered agent for his company, Annie M's Grocery, LLC. Agents then confronted WATFORD with the social security card and driver's

9



license bearing Abdul Abrams' name but containing WATFORD's picture. WATFORD's response was merely "OK". WATFORD also admitted that the purpose of obtaining the vehicles for "Zewdie" was for WATFORD to obtain credit lines in his name. WATFORD denied giving Willis permission to obtain insurance in the name of his company.

24. A District Court Search warrant was obtained by law enforcement and executed at WATFORD's residence, 11411 Lake Arbor Way, #701, Bowie MD on July 26, 2012. WATFORD was observed by an agent earlier that evening leaving that apartment before his arrest. Various documents were obtained from this residence to include credit reports, financial documents in victim T.Z.'s name and the names of other possible victims, as well as a Phoenix Arms Semi-Automatic firearm, model HP25A, Serial# 4302527, .25 caliber handgun loaded with 15 rounds of ammunition. The firearm was found in the hall closet in the inner pocket man's U.S. Army motorcycle jacket.

25. WATFORD was convicted in Baltimore City Circuit Court in 1990 for Possession with Intent to Deliver LSD/Barbituates/Cocaine and sentenced to 10 years imprisonment with 7 years suspended. In 1996, WATFORD was convicted in Fairfax County, Virginia for Fraudulent Use of a Credit Card. In 2003, WATFORD was convicted in Charles County District Court of Theft over $500 and sentenced to 5 years imprisonment with all but 180 days suspended.

26. Agents interviewed an apartment complex employee who knew WATFORD to live at the apartment with only his wife and minor child. Additional indicia of WATFORD's occupancy and control over the apartment included mail found inside addressed to WATFORD and numerous other miscellaneous documents that bore his name.

27. The Phoenix Arms .25 caliber handgun was manufactured in California and was



initially purchased in North Carolina in 2009. It would have traveled in interstate commerce before being discovered in WATFORD's possession on July 26, 2012.

## CONCLUSION

28. Based on the facts set forth above, your Affiant submits respectfully that there is probable cause to believe that WATFORD has conspired with Juan Willis, Flinton Newton, and potentially others to commit wire fraud in violation of 18 U.S.C. § 1349), committed or aided and abetted the commission of several acts of wire fraud in violation of 18 U.S.C. § 1343, and in the process used the means of identification of several actual persons in connection with the aforementioned offenses in violation of 18 U.S.C. § 1028A, either individually or by aiding and abetting such acts in violation of 18 U.S.C. § 2; finally, there is probable cause to believe that WATFORD possessed a firearm after conviction of a felony in violation of 18 U.S.C. § 922(g). Your affiant respectfully requests that a criminal complaint and arrest warrant be issued, as prayed.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Jamie Hamel
Special Agent
United States Secret Service

Sworn and subscribed to this 26 day of February, 2013.

_____
United States Magistrate Judge
District of Maryland

11